# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

147451

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL JAMAL WILLIAMS,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147451
COA: 312687
Gratiot CC: 11-006365-FH

On order of the Court, the application for leave to appeal the June 19, 2013 order of the Court of Appeals is considered. We DIRECT the Gratiot County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

h1021